2002–0087.  State ex rel. Ford Motor Co. v. Indus. Comm.
Franklin App. No. 00AP–813.

[Cite as *05/10/2002 Case Announcements*, 2002-Ohio-2231.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## *May 10, 2002*

## DISCIPLINARY CASES

2001–2231.  Cleveland Bar Assn. v. Harris.
On May 7, 2002, respondent filed a document titled "Request Instanter to File Supplement to Record and Medical Report Attached Herein." Whereas respondent has not been granted leave to supplement the record in this case,
    IT IS ORDERED by the court, sua sponte, that respondent's document be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS

2002–0364.  State ex rel. Stark v. Conrad.
Franklin App. No. 01AP–509. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,
    IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
    ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

2002–0371.  State v. Liles.
Huron App. Nos. H–00–014 and H–00–019, 2001-Ohio-2689. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due May 3, 2002, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,
    IT IS ORDERED by the court that this cause be, and hereby is dismissed, sua sponte.

2002–0474.  Rock of Ages Memorial, Inc. v. Braido.
Belmont App. No. 00BA50. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,
    IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
    ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.